IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-CV-630 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order Granting Summary Judgment, Plaintiff's claims are **DISMISSED WITH PREJUDICE**, and this cause of action is **DISMISSED**. **THIS IS A FINAL JUDGMENT**. All Parties are to bear their own costs, expenses, and attorneys' fees incurred herein to date.

**IT IS SO ORDERED.**

**DONE** this 6th day of July, 2007 at Galveston, Texas.

Samuel B. Kent
United States District Judge